**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| TRANSWITCH CORPORATION | : | CASE NO.  13-51829-ahws |
| DEBTOR | : | |
| | : | RE:  DOC. ID#   40 |

**ORDER**
**APPROVING MOTION TO SELL ESTATE'S**
**PRODUCT MANUFACTURING AND SELLING RIGHTS**
**TO eSILICON CORPORATION FREE AND CLEAR OF ALL LIENS**

Upon the Trustee's Motion to Sell Free and Clear of All Liens (the "Sale Motion"), and good cause appearing thereby, it is hereby

**ORDERED** that the Trustee is authorized to sell the debtor's producing and selling rights to the Debtor's telecom products known as Ether Map3 and TEMX28; and it is further

**ORDERED** that the Trustee's Sale Motion is approved in all respects.

Dated: February 3, 2014                                                   By the court

                                                                              *Alan H. W. Shiff*
                                                                              Alan H. W. Shiff
                                                                              United States Bankruptcy Judge