# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| TRANSWITCH CORPORATION | : | CASE NO. 13-51829-JAM |
| | : | |
| | : | MAY 4, 2018 |

## AMENDED REPORT OF NO SALE

Ronald I. Chorches, as the chapter 7 trustee of the above-captioned estate (the "Trustee") on July 8, 2014 filed a Notice of Intent to Sell, Doc. ID No. 268 (the "Notice"), the following assets to Gerard McEnery for the sum of $2,650.00:

- (1/each)  Credenza, Table, Refrigerator, Postage Meter
- (2)  Desks
- (2)  End Tables`
- (2)  Bookcases
- (3)  Work Stations
- (6)  HON File Cabinets
- (2)  File Cabinets
- (17)  Chairs

On April 5, 2018 the Trustee filed a Report of No Sale, Doc. ID No. 790, with respect to those same assets. The Trustee hereby respectfully makes this filing to correct that Report of No Sale.

The statement in the Report of No Sale to the effect that the sale was never completed is incorrect because the statement is incomplete. The anticipated sale by the estate to Gerard McEnery that is reflected in the Notice was never completed in that the Trustee or the estate did not receive any of the proposed sale proceeds. The proceeds were not paid to the Trustee by Mr. McEnery or by Mark Castaldo who acted as an intermediary in the sale. The Trustee had agreed to vacate the debtor's premises in Shelton, CT where the furniture was located by the end of May 2014, and was concerned that if the filing cabinets and office furniture were not removed from the premises that

the landlord would charge for their removal an amount far greater than their value. Mr. Castaldo advised the Trustee that he would attempt to find buyers for the office furniture to ensure the removal of the furniture and provide some proceeds from their sale, and subsequently procured an offer from Mr. McEnery. The Trustee did not follow up with Mr. McEnery or exercise adequate supervision over Mr. Castaldo at the time of the proposed sale as the sale proceeds should have been collected at the time the furniture was removed from the debtor's premises and the Trustee should have completed the sale of the furniture to Mr. McEnery on behalf of the estate at that time.

Dated at Wethersfield, Connecticut this 4th Day of May, 2018.

By   /s/  Ronald I. Chorches
Ronald I. Chorches, Trustee
Fed Bar No. ct 08720
Law Offices of Ronald I. Chorches, LLC
449 Silas Deane Highway - 2nd Floor
Wethersfield, CT 06109
Phone    (860) 563-3955
Email: *ronaldchorches@sbcglobal.net*