UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-51829 (JAM) |
| TRANSWITCH CORPORATION | : | CHAPTER 7 |
| | : | |
| | : | |
| DEBTOR | : | |

### WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM

COMES NOW, Thomas C. Boscarino, Trustee, who hereby withdraws the Trustee's Objection To Proof of Claim No. 25-1 filed in the name of Life Insurance Company of North America in the amount of $1,597.22.

WHEREFORE, withdrawal is requested.

RESPECTFULLY SUBMITTED,
THOMAS C. BOSCARINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF TRANSWITCH
CORPORATION

By_____
Thomas C. Boscarino, Trustee
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Building Two, Suite 301
Glastonbury, CT 06033
Telephone (860) 659-5657

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-51829 (JJT) |
| TRANSWITCH CORPORATION | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | |

### CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. **Documents Served**:
   Withdrawal of Objection to Proof of Claim

2. **Parties Served Via First Class Mail on September 13, 2018:**

Attn: President/Manager
TranSwitch Corporation
Three Enterprise Drive
Shelton, CT 06484

Attn: Stephen B. Selbst
TranSwitch Corp. - c/o Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

Attn: Marylou Kiliam Rice
Compliance Specialist
Life Insurance Company of North America
900 Cottage Grove Road, B6LPA
Hartford, CT 06152

Attn: Theresa M. Merget
Operations Manager
Cigna
1455 Valley Center Parkway
Bethlehem, PA 18017

Dated at Glastonbury, Connecticut on this 13 day of September, 2018

Thomas C. Boscarino, Trustee
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Building Two, Suite 301
Glastonbury, CT 06033
Tel. No.: (860) 659-5657
Federal Bar No.: ct05466