**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **TRANSWITCH CORPORATION,** | Case No. 13-51829 (JAM) |
| Debtor. | |

# NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

THOMAS C. BOSCARINO, having submitted his resignation as chapter 7 trustee for the estate of the above named debtor, the United States Trustee for the District of Connecticut hereby appoints GEORGE I. ROUMELIOTIS as the chapter 7 trustee.

Dated:  New Haven, Connecticut
        October 1, 2018

                                      Respectfully submitted,

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE, REGION 2

                                      /s/ Kim L. McCabe

                                      Kim L. McCabe/ct 23661
                                      Assistant United States Trustee
                                      150 Court Street, Room 302
                                      New Haven, Connecticut 06510
                                      Telephone: 203.773.2210
                                      Facsimile: 203.773.2217
                                      E-mail: Kim.McCabe@usdoj.gov