# Notice Recipients

District/Off: 0205−5     User: sstaton     Date Created: 12/21/2020
Case: 13−51829     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
8165372     Sarfraz Khan     2250 Annapolis Drive     Fremont, CA 94539

TOTAL: 1