**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.        13-51829 (JAM) |
| TRANSWITCH CORPORATION, ) | |
| ) | CHAPTER        7 |
| DEBTOR. ) | |
| ) | RE: ECF NOS.    931, 935 |

**ORDER APPROVING INTERIM DISTRIBUTION**
**AND GRANTING APPLICATION FOR COMPENSATION**

Pursuant to this Court's Order dated November 12, 2020, ECF No. 931, George Roumeliotis, the Chapter 7 Trustee (the Trustee") filed an Interim Report, ECF No. 935. In the Interim Report, the Trustee proposes to make an interim distribution of estate funds (the "Proposed Interim Distribution") and seeks an order approving interim compensation of the Trustee and prior trustees (the "Application for Compensation").  After notice and a hearing held on July 20, 2021, it appearing that no objections to the Proposed Interim Distribution or the Application for Compensation have been filed; it is hereby

**ORDERED**: The Proposed Interim Distribution is hereby approved and funds shall be distributed as follows:

a) Administrative Expenses of $35,242.60, which include the fees sought in the Application for Compensation, will be paid in full.

b) Allowed priority claims in the amount of $388,238.97 will be paid in full.

c) Timely allowed general unsecured claims will be paid a dividend of 53.2% plus interest, if applicable, totaling $4,076,518.43; and it is further

**ORDERED:** The Trustee's Application for Compensation is hereby granted and the Trustee's commission in the amount of $10.000.00 is allowed; the commission of the prior

trustee, Thomas Boscarino, in the amount of $10.000.00 is allowed; and the commission of the prior trustee, Ronald Chorches, in the amount of $10.000.00 is allowed; with payment to be made at the time of the interim distribution to creditors.

Dated at Bridgeport, Connecticut this 20th day of July, 2021.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut