**UNITED STATES BANKRUPCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

In Re:

Transwitch Corporation

Debtor(s)                                                                         Chapter 7

George I. Roumeliotis                              13-51829

### TRUSTEE'S REQUEST FOR PHOTOCOPY WORK AND/OR SPECIAL CHARGES

    x           The above named case has been __Trustee's Interim Report Filed.__
                                   (converted, dismissed, confirmed or completed)

                  The claims bar date has passed on _____

### COPY REQUEST

_____ Claim register
_____ Docket Sheet
_____ Proof of claim(s) No.(s) _____
_____ Other: _____
                  (Please indicate)

### SPECIAL CHARGES DUE

| | | |
|---|---|---|
| Photocopy charges _____ | Pages @ $.40 EACH | $ _____ |
| Claims in excess of 10 _____ | Pages @ $.25 EACH | $ _____ |
| Complaint(s) Filed | 2 @ $350.00 EACH | $ 700.00 |
| Excess Notices ___ Pages | @.50 PER PAGE | $ _____ |
| Complaint(s) Filed | 2 @ $293.00 | $ 586.00 |
| Motion(s) to Sell | 2 @ $176.00 | $ 352.00 |
| | TOTAL | $ 1,638.00 |

Pamela M. Esposito                               7/26/2021
Deputy Clerk                                                    Date