UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7, Case No. 13-51829-JAM |
| TRANSWITCH CORPORATION | ) | |
| Debtor | ) | |

**ORDER ON TRUSTEE'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN ASSETS OF THE DEBTOR'S ESTATE (REMNANT ASSETS), SUBJECT TO HIGHER OFFERS, FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363, APPROVING BREAK UP FEE TO INITIAL BUYER IN EVENT OF HIGHER OFFER, AND RELATED RELIEF**

Upon the Motion of George I. Roumeliotis, Trustee in the above-captioned case ("Trustee"), for Order Approving the Sale of Certain Assets of the Debtor's Estate, Subject to Higher Offers, Free and Clear of Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. Section 363, Approving Break-Up Fee to Initial Buyer in Event of Higher Offer, and Related Relief ("Motion"), for cause shown, and after hearing held on September 13, 2022, it is hereby

ORDERED:  The Motion is granted and the Remnant Assets will be sold free and clear of liens and encumbrances pursuant to 11 U.S.C. §363(f); and it is further

ORDERED:  The form of Notice of Proposed Public Sale of Estate Property as set forth on the attached Exhibit "A" ("Notice"), along with a copy of this Order, shall be served as set forth in Paragraph 33 of the Motion no later than 3 business days after the entry on the docket of this Order, and in said Notice, the Trustee shall indicate that the deadline to submit higher offers or to file objections to the proposed sale is October 20, 2022, at 4:00 p.m. Eastern Time, that any auction of the Property will be held on October 25, 2022, at 1:00 p.m., with the hearing to approve the winning bidder as the purchaser to also be held on October 25, 2022 at 1:00 p.m.; and it is further

ORDERED: In the event of a Competing Bid as described in the Motion (which shall be accompanied with, among the items stated in the Notice, an Asset Purchase Agreement containing substantially the same terms and conditions as contained in the Purchase Agreement described in the Motion), the Court shall conduct an auction in open court on October 25, 2022 at 1:00 p.m. ("Sale Hearing") at which the Buyer (described herein) and any party submitting a Competing Bid may participate; and it is further

ORDERED: In the event of a Sale Hearing, the Court shall conduct an auction at which bids shall be taken by a single round of sealed bids submitted by the Buyer and any party submitting a Competing Bid to determine the buyer, as well as the second highest bidder in the event the highest bidder defaults; and it is further

ORDERED: In the event Partnership Liquidity Investors V, LLC ("PLI") is not the highest bidder, and is not otherwise in default of the Purchase Agreement described in the Motion, then upon the closing on the sale of the Property to a party that submitted a higher offer than PLI's offer, the Trustee shall pay a break-up fee to PLI in the amount of $3,000.00; and it is further

ORDERED: In the event no Competing Bid as described in the Motion or timely filed objection to the Motion is made, then at the Sale Hearing, the Court shall enter a further Order authorizing the sale of the Property (as described herein) to PLI pursuant to the terms of the Motion, which further Order shall include the following provisions:

> ORDERED: The Trustee is authorized to sell to Partnership Liquidity Investors V, LLC, having a principal office at 1511 Kings Road, Newport Beach, CA 92663, the bankruptcy estate's interest in the Remnant Assets as described in the Motion ("Property"), in accordance with the terms and conditions contained in the Motion; and it is further

> ORDERED: The sale authorized herein shall be free and clear of all liens and encumbrances pursuant to 11 U.S.C. §363(f); and it is further

ORDERED: The Trustee is hereby authorized to prepare, execute and deliver any and all documents and to perform any and all acts necessary to sell the Property as authorized herein, whether such documents are known and executed at closing, or become known and necessary in the future; and it is further

ORDERED: The 14 day stay contained in Fed. R. Bankr. P. 6004(h) is hereby waived, so that the Trustee shall be authorized to close on the sale of the Property immediately upon the entry of this Order.

Dated at Bridgeport, Connecticut this 19th day of September, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br>Transwitch Corporation<br><br>Debtor(s). | CASE NO: 13-51829<br><br>CHAPTER: 7 |
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address:<br><br>George I. Roumeliotis, ct17532, Roumeliotis Law Group, P.C.<br>157 Church Street, 19th Floor, New Haven, CT 06510<br>Tel. 203-580-3355, Fax 888-851-4304<br>george@roumeliotislaw.com<br><br>☒ *Attorney for:*   Chapter 7 Trustee<br>☐ *Individual appearing without attorney* | **NOTICE OF ORDER GRANTING MOTION FOR PUBLIC SALE OF ESTATE PROPERTY**<br><br>**D. CONN. BANKR. L. R. 6004-1(b)** |

**INSTRUCTIONS FOR COMPLETING AND FILING THIS NOTICE**

1. **This Notice shall be completed in accordance with Fed. R. Bankr. P. 6004(c) and (f) and D. Conn. Bankr. L. R. 6004-1(b).**
2. **This Notice shall be completed and filed *only* after a hearing on a Motion to Sell Estate Property, Motion to Sell Estate Property Free and Clear of Liens, and/or Motion to Approve Procedures to Sell Estate Property is held by the Court.**

**Description of property to be sold:**

Remnant Assets of the Debtor's bankruptcy estate consisting of known or unknown assets or claims, which have not been previously sold, assigned or transferred, but specifically excluding (a) cash held as of April 28, 2022 in the Seller's fiduciary bank account for the Debtor's case; provided, however, that any cash that exists in such bank account one year from the date of the closing of the Debtor's case shall be Remnant Assets; and (b) the purchase price to be paid by the buyer. These might include unscheduled refunds, deposits, judgments, or other rights, as well as sale related royalties and dividend or other rights from the Debtor's private equity investments in Neurone Ventures II, LP and Munich Ventures Partners Fund, which are more fully described in the Motion to Sell filed on August 9, 2022, a copy of which can be found on MarketAssetsForSale.com, or which can be requested from the undersigned Trustee. Also, see terms and conditions and overbid procedure below.

**Public Sale/Auction Information:**

| | | | |
|---|---|---|---|
| Date of Public Sale/Auction: | October 25, 2022 | Time of Public Sale/Auction: | 1:00 p.m. |
| Location of Public Sale/Auction: | U.S. Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut (in person or remotely) | | |

**NOTE:** The Public Sale/Auction may be conducted telephonically, remotely using ZoomGov, and/or by other remote technology platform or medium.

**Objection/Overbid Deadline and Hearing Information:**

| | |
|---|---|
| Last date to file Objections or to submit Overbids to Public Sale/Auction: | October 20, 2022 |
| Hearing Date and Time regarding Public Sale/Auction: | October 25, 2022   at   1:00 p.m. |
| Location of hearing: | U.S. Bankruptcy Court<br>915 Lafayette BLVD, 1st Floor<br>Bridgeport, CT 06604 |

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

Public Sale/Auction opening bid: $44,000.00

Terms and conditions of Public Sale/Auction, including whether the proposed sale/auction is to be free and clear of liens pursuant to 11 U.S.C. §363(f), and including information about how to register as a bidder:

Partnership Liquidity Investors V, LLC ("PLI"), has offered to purchase the Remnant Assets for $40,000, subject to any higher offers submitted in accordance with bidding procedures set forth herein, and subject to the terms of an Asset Purchase Agreement attached as Exhibit "A" to the Motion to Sell filed on August 9, 2022, a copy of which can be found on MarketAssetsForSale.com, or which can be requested by contacting the undersigned. The sale of the Remnant Assets shall be free and clear of any and all liens, claims, interests and encumbrances, with such liens, claims, interests and encumbrances to attach to the proceeds with the same force, effect, and priority as such liens, claims, interests and encumbrances have on said property. The Trustee, however, is not aware of any such liens, claims, interests or encumbrances.

In the event a party other than PLI wishes to purchase the Remnant Assets, such party should submit to the Trustee (contact information is noted below) a competing bid in the amount of at least $44,000, providing a deposit of at least $4,000, and otherwise complying with the bidding procedures described below. In the event of the submission of a Competing Bid, the Court will conduct an auction as described below to determine who the successful buyer shall be. In order to obtain financial information about the bankruptcy estate's collection activities to determine whether to make a competing bid, parties will need to sign and deliver to the Trustee a nondisclosure agreement, the form of which can be found on the MarketAssetsForSale.com listing for the Remnant Assets or by contacting the Trustee.

Public Sale/Auction overbid procedure, including bid increments (if any):

(1) A "Competing Bid" is (i) a bid of at least $44,000 received by the Trustee on or before 4:00pm Eastern Time on the overbid deadline noted above ("Bid Deadline"); and (ii) that offers to purchase the Remnant Assets on the same terms as PLI (except for purchase price), which includes providing a deposit of at least $4,000, and that otherwise qualifies as a Competing Bidder.
(2) A "Competing Bidder" is a party that submits to the Trustee (i) a Competing Bid, a signed Asset Purchase Agreement, and a deposit of at least $4,000, and (ii) a "no collusion" statement in accordance with Local Rule 6004-2(e). A blank form of an Asset Purchase Agreement and a no collusion statement can be downloaded from the MarketAssetsForSale.com website listing for the Remnant Assets or can be requested from the Trustee.
(3) If the Trustee receives a Competing Bid from a Competing Bidder, then an auction of the Remnant Assets will be held in Court at the date and time noted above, in which PLI and Competing Bidders will be able to participate in person or by Zoom or other remote platform as may be used by the Court, and at which the Court will accept one round of sealed bids to determine the highest bidder.
(4) A hearing to approve the winning bidder as the purchaser of the Remnant Assets will also be held on the date and time noted above.
(5) If the winning bidder does not consummate the sale transaction in accordance with the terms of the winning purchase and sale agreement, the Trustee is authorized to accept the next highest bid from a Competing Bidder as the back-up bid.

Contact person for potential bidders or potential higher offers (*include name, address, telephone, fax and/or email address*):

George I. Roumeliotis, Chapter 7 Trustee
Roumeliotis Law Group, P.C.
157 Church Street, 19th Floor
New Haven, CT 06510
Tel.: (203) 580-3355
Fax: (888) 851-4304
george@roumeliotislaw.com

Date: September 19, 2022

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

08/2022    Page 2    **Connecticut Local Form: CTB-LF238.B2**
**Notice of Order Granting Motion for Public Sale of Estate Property**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF ORDER GRANTING MOTION FOR PUBLIC SALE/ AUCTION OF ESTATE PROPERTY** was served on (date) _____ in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to this Court's Administrative Procedures for Electronic Case Filing (Appendix A), the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/ or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.